# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2680

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Ty Albert Van Tran, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: June 23, 2006
Filed: June 27, 2006

_____

Before MURPHY, BEAM, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Ty Albert Van Tran pleaded guilty to conspiracy to distribute and possess with intent to distribute 50 grams or more of methamphetamine (ice), in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846. The district court[1] sentenced Tran to 168 months in prison and 5 years of supervised release. On appeal, Tran's counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967). Having reviewed the record independently pursuant to Penson v. Ohio, 488 U.S. 75

_____

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

(1988), for any nonfrivolous issues, we find none.  Accordingly, we affirm the district court's judgment, and we grant counsel's motion to withdraw.

_____